IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| VIRGIL O'BRYANT, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | No. CIV-13-1240-C |
| STATE OF OKLAHOMA, | ) | |
| Respondent. | ) | |

## O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on November 26, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed; however, on December 9, 2013, Petitioner paid the $5.00 filing fee, rendering the Magistrate Judge's recommendation moot.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in part.

IT IS SO ORDERED this 10th day of January, 2014.

ROBIN J. CAUTHRON
United States District Judge